# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11478-MDC

MARISOL BAEZ-NERIS

2956 GAUL STREET

PHILADELPHIA, PA 19134

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARISOL BAEZ-NERIS

    2956 GAUL STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    SEAN P. MAYS
    THE MAYS LAW FIRM PC
    65 W. STREET ROAD  STE B102
    WARMINSTER, PA 18974-

Date: 12/7/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee