IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Marisol Baez-Neris, :
      Debtor :
: Bky. No. 17-11478

# ORDER

**AND NOW**, this 7th day of March, 2019 ~~20~~, upon application of counsel for an award and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $3,000.00 as fees for services rendered in connection with the above-referenced case, $0.00 having already been paid by the Debtor in advance of filing and $3,000.00 payable by the Chapter 13 Trustee with funds paid by the Debtor to the extent that funds are available in accordance with the confirmed Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
_____
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Marisol Baez-Neris
2956 Gaul Street
Philadelphia, PA 19134
*Debtor*

***VIA ECF Notification:***

Sean P. Mays, Esq.
*Attorney for Debtor*

William C. Miller, Esq.
*Chapter 13 Trustee*

Office of the United States Trustee