United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11478-mdc
Marisol Baez-Neris                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 1             Date Rcvd: Mar 07, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +Marisol Baez-Neris,    2956 Gaul Street,    Philadelphia, PA 19134-4337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              SEAN P. MAYS    on behalf of Debtor Marisol  Baez-Neris sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Marisol Baez-Neris, | : |
|       Debtor | : |
| | : Bky. No. 17-11478 |

# ORDER

**AND NOW**, this 7th day of March, 2019, upon application of counsel for an award and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $3,000.00 as fees for services rendered in connection with the above-referenced case, $0.00 having already been paid by the Debtor in advance of filing and $3,000.00 payable by the Chapter 13 Trustee with funds paid by the Debtor to the extent that funds are available in accordance with the confirmed Chapter 13 Plan.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Marisol Baez-Neris
2956 Gaul Street
Philadelphia, PA 19134
*Debtor*

***VIA ECF Notification:***

Sean P. Mays, Esq.
*Attorney for Debtor*

William C. Miller, Esq.
*Chapter 13 Trustee*

Office of the United States Trustee