*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marisol Baez−Neris
    Debtor(s)

Case No: 17−11478−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY\*
Motion for Relief from Stay re: 2956 Gaul Street, Philadelphia, PA, 19134. Filed by Pennsylvania Housing Finance Agency Represented by REBECCA ANN SOLARZ

on: 11/23/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/9/21

Timothy B. McGrath
Clerk of Court