Certificate Number: 14912-PAE-DE-036373198

Bankruptcy Case Number: 17-11478



14912-PAE-DE-036373198

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 4, 2022</u>, at <u>1:43</u> o'clock <u>PM EST</u>, <u>Marisol Baezneris</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 4, 2022</u>            By:    <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title: <u>Counselor</u>