United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11478-mdc |
| Marisol Baez-Neris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisol Baez-Neris, 2956 Gaul Street, Philadelphia, PA 19134-4337 |
| 13876530 | + | Appelles, 195 West Schrock Road, Westerville, OH 43081-2890 |
| 13876533 | + | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 13876540 | + | Meridian Bank, 92 Lancaster Ave, Devon, PA 19333-1378 |
| 14636922 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Ann Solarz, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13876544 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13876548 | + | The Mays Law Firm PC, 65 W. Street Rd., Suite B102, Warminster, PA 18974-3216 |
| 13876549 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 13936964 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13891326 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:20 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13876529 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:28 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13876531 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 08 2022 23:58:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13876532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:28 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 13876533 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 08 2022 23:58:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 13876534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:59:12 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13973595 | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13876535 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:13 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13876536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 23:58:00 | Comenitycapital/mprcc, Po Box 182120, Columbus, OH 43218-2120 |

Case 17-11478-mdc  Doc 86  Filed 04/10/22  Entered 04/11/22 00:26:12  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 13879707 | | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13876537 | + | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13876538 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13940456 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13915054 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 23:59:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13929583 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13876539 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 23:58:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 13876541 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 23:59:20 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13876542 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13949551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13877329 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:59:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13876543 | + | Email/Text: blegal@phfa.org | Apr 08 2022 23:58:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 13914842 | + | Email/Text: blegal@phfa.org | Apr 08 2022 23:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13904266 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13876545 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:20 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 13876546 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:20 | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13876547 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:12 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13929485 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 23:59:27 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022              Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SEAN P. MAYS | on behalf of Debtor Marisol Baez-Neris sean@maysfirm.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marisol Baez−Neris

    Debtor(s)

Case No: 17−11478−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22

85 − 81
Form 138OBJ